310 So.2d 264

### In re Ronnie Hal HARGETT
### v.
### STATE.

**Ex parte Ronnie Hal Hargett.**

**SC 1160.**

Supreme Court of Alabama.

March 20, 1975.

Bryce U. Graham, Tuscumbia, for petitioner.

William J. Baxley, Atty. Gen. and Charles N. Parnell, III, Asst. Atty. Gen., for the State.

FAULKNER, Justice.

Petition of Ronnie Hal Hargett for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hargett v. State, 54 Ala.App. ——, 310 So.2d 263.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

304 So.2d 33

### In re Jerry HUTTO
### v.
### STATE.

**Ex parte Jerry Hutto.**

**SC 1028.**

Supreme Court of Alabama.

Nov. 21, 1974.

Henry W. Blizzard, Jr., Athens, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Jerry Hutto for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hutto v. State, 53 Ala.App. 685, 304 So.2d 29.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.